### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES AIFUWA EWERE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-26-320-SLP |
| KRISTI NOEM et al., | ) ) ) |
| Respondents. | ) |

### ORDER

Petitioner has filed a motion for preliminary injunction. Doc. 11. The Court orders Respondents to file a response to the motion by March 20, 2026.

**SO ORDERED** this 16th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE